IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. CR 10-122 |
| Plaintiff, | ) | |
| | ) | **COUNT 1**: |
| vs. | ) | 18 U.S.C. § 157 |
| | ) | Bankruptcy Fraud |
| LEE PRUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

**INFORMATION**

The United States Attorney charges:

**COUNT 1**

On or about January 13, 2005, in the Northern District of Iowa, defendant LEE PRUNTY, with the intent to devise a scheme and artifice to defraud, and for the purpose of executing and concealing a scheme and artifice to defraud, aided and abetted another in making a false and fraudulent representation concerning and in relation to a proceeding under Title 11, United States Code. Specifically, in relation to the bankruptcy case of Walterman Implement, Inc., pending in the United States Bankruptcy Court for the Northern District of Iowa, Case No. 05-07284, defendant caused another person, M.R., to send a letter to the bankruptcy trustee falsely claiming M.R. had rented a combine and left it at defendant's business, when in truth and in fact, as the defendant then knew, M.R. had never rented or possessed the combine and did not leave the combine at defendant's business.

1

This was in violation of Title 18, United States Code, Sections 2 and 157(3).

STEPHANIE M. ROSE
United States Attorney

By: s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney